**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 14-2131-WDK (AS) |
| Plaintiff, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| WAYMAN G. WASHINGTON, | **OF UNITED STATES MAGISTRATE** |
| Defendant. | **JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the application for claim of exemption filed by Judgment Debtor, Wayman G. Washington ("Washington"), following the execution of a bank levy on his account at the California Credit Union, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge. Washington's claim of exemption with respect to the bank levy is DENIED.

**IT IS ORDERED THAT** the U.S. Marshall shall release to Judgment Creditor, the United States of America, the levied funds being held pursuant to the bank levy since the issuance of the Writ of Execution on August 4, 2019.

Payment(s) shall be made by sending cashier's or corporate check(s) or money order(s), made payable to the "Clerk, United States District Court" to the following address: Clerk's Office, United States District Court, 255 East Temple Street, Room 1178, Los Angeles, California 90012-4708, Attention: Fiscal Section. All check(s) and money order(s) must include the following case name and number: <u>United States v. Wayman G. Washington</u>, CV 14-02131-WDK.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Judgment Debtor Wayman G. Washington at his current address of record.

DATED: March 12, 2020 .

_____
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE